U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

MYRNA TAIARIOL,

    Plaintiff,

vs.

MSC CRUISES (USA) INC., a foreign corporation, and
MSC CROCIERE, S.A., a foreign corporation,

    Defendants.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, **MYRNA TAIARIOL**, (hereinafter "Plaintiff"), by and through undersigned counsel, hereby sues the Defendants, **MSC CRUISES (USA) INC.** and **MSC CROCIERE, S.A.** and alleges as follows:

1. This is an action for damages that exceeds this Court's minimum jurisdictional requirements, to wit, $75,000.00, exclusive of all interest and costs.

2. This Court has jurisdiction over this matter pursuant to 28 USC §1333 (1) and 28 USC §1332 (a)(1).

3. Venue in the United States District Court for Southern District of Florida is appropriate pursuant to the forum selection clause contained in the passenger ticket between Plaintiff and Defendant.

4. At all times material, Plaintiff, **MYRNA TAIARIOL**, was and is a resident of and is domiciled in the State of California, now living in Lafayette, California, and at all times material was a passenger on board defendant's vessel, the *Divina*.

Case 0:15-cv-61131-KMM   Document 1   Entered on FLSD Docket 05/29/2015   Page 2 of 4

Taiariol vs. MSC Cruises (USA) Inc. and MSC Crociere, S.A.
Complaint for Damages
Page 2

5. Upon information and belief, at all times material, Defendants, **MSC CRUISES (USA), INC**. and **MSC CROCIERE S.A.**, (hereinafter "Defendants or MSC") personally or through an agent:

   A. Operated, conducted, engaged and/or carried on a business venture in the State of Florida, and in particular Broward County, Florida;

   B. Was engaged in substantial business activity in the State of Florida, and in particular, in Broward County, Florida;

   C. Operated vessels and provided vessels for cruises in the waters of this state;

   D. Committed one or more acts as set forth in F.S. §48,081, 48.181 and 48.193, which submit the defendant to the jurisdiction and venue of this Court. Further, the defendant is subject to the jurisdiction of this Honorable Court due to the foregoing and 28 U.S.C. §1333;

   E. The acts of defendant set out in the Complaint occurred in whole or in part in Broward County and/or the State of Florida.

6. All conditions precedent to the institution of this action have been satisfied or otherwise excused, including the pre-suit notice required by the terms and conditions of Defendants' cruise ticket. (See notice letter attached as Exhibit "A" and the ticket is no longer in Plaintiff's possession).

## COUNT I - NEGLIGENCE

7. On or about May 29, 2014, the Defendants owned and operated a passenger cruise ship known as the *Divina*.

8. At such time and place, the Plaintiff, **MYRNA TAIARIOL,** was lawfully and legally aboard such vessel as an invitee and paying passenger with the actual and/or constructive consent of Defendants to be physically present aboard such vessel.

Case 0:15-cv-61131-KMM   Document 1   Entered on FLSD Docket 05/29/2015   Page 3 of 4

Taiariol vs. MSC Cruises (USA) Inc. and MSC Crociere, S.A.
Complaint for Damages
Page 3

9. On May 29, 2014, while on board the *Divina*, which was operating in navigable waters, the Plaintiff, **MYRNA TAIARIOL,** was seriously injured when she slipped and/or tripped and fell on steps when exiting the Pantheon Theater, which are undifferentiated and without handrails, markings, warnings or sufficient lights to distinguish height changes and otherwise visually deceptive. The Plaintiff, **MYRNA TAIARIOL**, was seriously injured suffering a trimalleolar right ankle fracture requiring surgery and hardware to repair.

10. At all times material, Defendants owed a duty to exercise ordinary and reasonable care under the circumstances for the benefit of Plaintiff, **MYRNA TAIARIOL**, and other passengers.

11. Defendants breached their duty owed to Plaintiff by committing one or more of the following acts and/or omissions:

   A. Failing to provide a safe means of ingress and egress to the Pantheon Theater for use by Plaintiff;

   B. Failing to provide safe pathways, walkways and stairways in the Pantheon Theater;

   C. Failing to inspect the pathways, walkways and stairways in the Pantheon Theater to learn of the existence of dangerous and slippery conditions and to warn Plaintiff of this dangerous, slippery and unsafe condition which in the exercise of reasonable care, the Defendant either knew of or should reasonably have known;

   D. Failing to adequately equip the vessel, and specifically its walkways and stairways with appropriate and safe lights, railings and markings to exit and enter the Pantheon Theater;

   E. Failing to comply with its own internal policies and procedures established by the ISM Code, SMS, SQM and other internal operational procedures required by the ISM Code, SOLAS, all applicable health, building and safety codes and ordinances in

Case 0:15-cv-61131-KMM   Document 1   Entered on FLSD Docket 05/29/2015   Page 4 of 4

Taiariol vs. MSC Cruises (USA) Inc. and MSC Crociere, S.A.
Complaint for Damages
Page 4

accordance with 33 CFR 96.100 et. seq., 46 USC Section 3201 et. seq. and all Rules and Regulations, including, but not limited to all relevant NVIC's of the United States Coast Guard and those designed to regulate safe walkways and stairways in public places.

12. As a direct and proximate result of Defendants' negligence Plaintiff, **MYRNA TAIARIOL**, suffered bodily injuries and resulting pain and suffering, physical and mental pain and anguish, disability, loss of capacity for the enjoyment of life, expense of hospitalization and surgery, loss of earnings, loss of the ability to earn money and expenses for physical therapy, and medical and nursing expenses. Said losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff, **MYRNA TAIARIOL**, demands judgment, interest and costs against Defendants, **MSC CRUISES (USA) INC.** and **MSC CROCIERE, S.A.**, a trial by jury and any such other relief to which the Plaintiff may be justly entitled.

Dated: May 29, 2015

        HOLZBERG LEGAL
        Offices at Pinecrest II, Suite 220
        7685 S.W. 104th Street
        Miami, Florida 33156
        Telephone: (305) 668-6410
        Facsimile:  (305) 667-6161

BY: */s/ Glenn J. Holzberg*
     GLENN J. HOLZBERG
     Fla. Bar # 369551